IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAKITA R. STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:12-CV-423 (MTT) |
| ) | |
| CAROLYN W. COLVIN, *Commissioner* ) | |
| *of Social Security*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation on the Claimant's complaint. (Doc. 24). The Magistrate Judge recommends affirming the decision of the Commissioner because the Administrative Law Judge adequately evaluated all of the relevant evidence, and her findings are supported by substantial evidence. The Claimant has filed an objection to the Recommendation. (Doc. 25). She does not make any specific objections. Rather, the Claimant asserts generally that the ALJ did not carefully and fully review all of the submitted evidence, and requests that this Court properly evaluate the evidence.

Nothing in the Claimant's objection alters the Magistrate Judge's analysis. Thus, the Court agrees with the Recommendation and finds that the ALJ did not disregard any of the submitted evidence and based her findings on substantial evidence. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The decision of the Commissioner is **AFFIRMED**.

-2-

**SO ORDERED**, this 20th day of November, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
